IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J'DONTA DEL'MARCO BRITT                                                    PLAINTIFF

v.                                    No. 5:15-CV-05050

DEPUTY GRAHAM ROBINSON                                                  DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 22) from Magistrate Judge Mark E. Ford. The time for filing objections has passed, and no objections have been filed by any party. After careful review, the Court concludes that the report and recommendation should be, and hereby is, approved and ADOPTED as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant's motion for summary judgment (Doc. 16) is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of August, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE